IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES L. JONES            )
                          )
    Plaintiff,            )
                          )
v.                        )     CIVIL No. 04-2708 MI An
                          )
TENNESSEE AIR NATIONAL GUARD, )
ET AL.,                   )
                          )
    Defendant.            )

## ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

For the reasons set forth in Defendant's Memorandum, the court grants the Motion to Stay Discovery.

SO ORDERED:

This the 25th day of May, 2005.

S. Thomas Anderson
Magistrate Judge Tu M. Pham

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02708 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Michael A. Blackburn
GENERAL LITIGATION DIVISION
1501 Wilson Blvd.
7th Fl.
Arlington, VA 22209--240

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT