FILED BY ___ J.C.

05 JUN 23  PM 4:4_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JAMES L. JONES,

    Plaintiff,

v.         Case No. 04-2708-MI An

TENNESSEE AIR NATIONAL GUARD,

    Defendant.

## ORDER GRANTING ADDITIONAL TIME

This cause came on to be heard upon motion of plaintiff to allow him until July 30, 2005, 2005, to file his response to defendant's motion to dismiss. For good cause shown, the Court will allow the additional days requested by the plaintiff.

IT IS ORDERED THAT counsel is allowed until July 30, 2005, to file the response of the plaintiff in the above cause.

JON P. McCALLA, DISTRICT JUDGE

DATED: June 23, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02708 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

___

Michael A. Blackburn
GENERAL LITIGATION DIVISION
1501 Wilson Blvd.
7th Fl.
Arlington, VA 22209--240

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT